PRESTON BRAHM, SB#70248
MICHAEL K. MEHR SB#71925
ATTORNEYS AT LAW
100 Doyle St., Ste. A
Santa Cruz, CA 95062
Tel: 831/425-5757

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

LAURIE SUE RANEY,

    Debtor.

_____/

DISCOVER BANK, ISSUER OF THE DISCOVER CARD

    Plaintiff,

    vs.

LAURIE SUE RANEY,

    Defendant.

_____/

CHAPTER 7

Bankruptcy No.   11-51627

Adversary Pro. No.   11-05147

CASE MANAGEMENT STATEMENT

Date: August 9, 2011
Time: 2:00 p.m.
Telephonic

    Debtor and Defendant through her attorney, Preston Brahm, state as follows:

    1.    This Adversary Proceeding is a discharge action based on Debtor's use of credit cards which Plaintiff alleges as fraud.

    2.    This matter is a core proceeding.

    3.    Defendant is in active and ongoing negotiations to reach a resolution to this matter and requests that the matter be continued to another status conference date before discovery, motion and trial dates are set.

1 | Dated: August 1, 2011 | /s/ Preston Brahm
Attorney for Debtor/Defendant